874

for petitioner. *Lucien H. Mercier, Harold A. Kertz* and *N. Meyer Baker* for respondent.

No. 350. SAPERSTEIN *v.* NEW YORK. Superior Court, Appellate Division, and the Supreme Court of New Jersey. Certiorari denied. *Max Mehler* and *Bennett Boskey* for petitioner. *Frank S. Hogan, Charles W. Manning* and *Charles V. Webb, Jr.* for respondent.

No. 352. HEARST CONSOLIDATED PUBLICATIONS, INC. *v.* STEVENSON. C. A. 2d Cir. Certiorari denied. *William J. Dempsey* for petitioner. *Frank H. Gordon* for respondent.

No. 354. LAMBERT ET AL., DOING BUSINESS AS LOW GAP COAL CO., *v.* UNITED MINE WORKERS OF AMERICA ET AL. C. A. 4th Cir. Certiorari denied. *Fred B. Greear* and *Robert T. Winston, Jr.* for petitioners. *Harrison Combs* and *M. E. Boiarsky* for respondents.

No. 355. HAINSWORTH *v.* HARRIS COUNTY COMMISSIONERS' COURT. Supreme Court of Texas. Certiorari denied. *Robert Wendell Hainsworth, pro se. Albert J. De Lange* for respondent.

No. 359. PENNSYLVANIA EX REL. TANNER *v.* CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Valera Grapp* and *Max V. Schoonmaker* for petitioner.